No. D–1751. IN RE DISBARMENT OF PRINCIPATO. Disbarment entered. [For earlier order herein, see *ante*, p. 1004.]

No. D–1753. IN RE DISBARMENT OF BARONE. Disbarment entered. [For earlier order herein, see *ante*, p. 1004.]

No. D–1754. IN RE DISBARMENT OF NEDELL. Disbarment entered. [For earlier order herein, see *ante*, p. 1004.]

No. D–1755. IN RE DISBARMENT OF SMOTKIN. Disbarment entered. [For earlier order herein, see *ante*, p. 1005.]

No. D–1757. IN RE DISBARMENT OF TAFFER. Disbarment entered. [For earlier order herein, see *ante*, p. 1026.]

No. D–1760. IN RE DISBARMENT OF GOMRIC. Disbarment entered. [For earlier order herein, see *ante*, p. 1037.]

No. D–1779. IN RE DISBARMENT OF GREGORY. Milan Kenneth Gregory, of Northport, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1780. IN RE DISBARMENT OF MAZZEI. Rudolph L. Mazzei, of Port Jefferson, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1781. IN RE DISBARMENT OF HAMILTON. Donald D. Hamilton, of Lebanon, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1782. IN RE DISBARMENT OF OLSON. Oscar William Olson, Jr., of Oakbrook Terrace, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.